IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                CASE NO. 1:09-cv-00031-MP-AK

ALFREDA J MALONE,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Motion to Dismiss and Discharge by United States of America, Doc. 19. The United States has moved to dismiss and discharge the loan obligations of Alfreda J. Malone for the PLUS/SLS loan she took out on behalf of her son, Tony K. Malone, pursuant to 34 C.F.R. § 685.212. Tony Malone is now deceased, and the United States has received a copy of the death certificate. The Department of Education has agreed to discharge the loan. There are no objections to this motion by any party. Accordingly, it is

    **ORDERED AND ADJUDGED:**

    1.    The Motion to Dismiss and Discharge, Doc. 19, is GRANTED.

    2.    This cause is DISMISSED WITH PREJUDICE.

    3.    Any and all obligation of Alfreda J. Malone to repay the PLUS/SLS loan taken out on behalf of Tony K. Malone is DISCHARGED.

    **DONE AND ORDERED** this  *24th* day of December, 2009



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge